**FILED**

01/24/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0165

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0165

_____

IN RE THE MARRIAGE OF:

CHELSEA RENAE WILSON,

     Petitioner and Appellee,

and

                            O R D E R

MARK ALAN WILSON,

     Respondent and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Donald L. Harris, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 24 2024